FILED

08 AUG 27 PM 3:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2880 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2251(a) - Sexual Exploitation of a Child |
| ALDEN DEVERS CACHORA, | |
| Defendant. | |

The grand jury charges:

Beginning in or about 2000 to about October 2007, within the Southern District of California, defendant ALDEN DEVERS CACHORA, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in foreign commerce; in violation of Title 18, United States Code, Section 2251(a).

DATED: August 27, 2008.

A TRUE BILL:

*(signature)*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *(signature)*
ALESSANDRA P. SERANO
Assistant U.S. Attorney

APS:nlv:San Diego
8/27/08